UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

# CIVIL MINUTES - GENERAL

| Case No. | CV 13-5782 CAS | Date | December 6, 2013 |
|---|---|---|---|
| Title | IN RE: ALFRED MCZEAL | | |

| Present: The Honorable | CHRISTINA A. SNYDER | | |
|---|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants |
|---|---|
| Not Present | Not Present |

**Proceedings:** **(In Chambers:)** MOTION FOR EXTENSION OF TIME TO FILE APPELLEE BRIEF (dkt. #9, filed November 15, 2013)

On November 15, 2013, Appellee United States Trustee for the Central District of California moved for an extension of time to file its brief in this matter. Dkt. #9. There being no opposition, the Court hereby GRANTS appellee's motion for an extension of time to file appellee's brief until and including **December 23, 2013**. This order does not affect the Court's order to show cause issued on November 20, 2013. See dkt. #10.

IT IS SO ORDERED.

|  | 00 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | | CMJ |